# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bissoon, Cathy | US District Court for the Western District of Pa. | 5/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination   Date <br> ☐ Initial   ✔ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Suite 3250
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Sheldon Calvary Camp |
| 2. | Board Member | Federal Judges Association |
| 3. | Executive Committee | Q. Todd Dickinson Intellectual Property American Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Pittsburgh School of Law -- Wages | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SAE International -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   IRA #1 | | | | | | | | | |
| 2.   -Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 3.   -AMG River Road Small Cap Value Fund Cl. I N/L | A | Dividend | K | T | | | | | |
| 4.   -Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | K | T | | | | | |
| 5.   -Brown Advisory Growth Equity Fund Institutional Shrs. | | None | L | T | | | | | |
| 6.   -Clarkston Parners Fund Instl. Class N/L | A | Dividend | J | T | | | | | |
| 7.   -Columbia Dividend Income Fund CL N/L | A | Dividend | L | T | | | | | |
| 8.   -Europacific Growth Fund Class F2 | | | | | Sold | 06/02/20 | K | A | |
| 9.   -Harding Loevner Emerg. Mkts. Port Fund Advisor CL N/L | A | Dividend | K | T | | | | | |
| 10.   -Hartford Midcap Fund Class I N/L | | None | K | T | | | | | |
| 11.   -John Hancock Disciplined Val. Inst. | B | Dividend | L | T | | | | | |
| 12.   -Metropolitan West Total Return Bond Fund Class I | B | Dividend | K | T | | | | | |
| 13.   -MFS Int'l Growth Fund Class I N/L | A | Dividend | K | T | | | | | |
| 14.   -MFS Research Fund Class I N/L | A | Dividend | L | T | | | | | |
| 15.   -PGIM High Yield Fund Class Z N/L | A | Interest | K | T | Buy | 06/02/20 | K | | |
| 16.   -Pimco Low Duration Fund Class I2 N/L | A | Dividend | K | T | | | | | |
| 17.   -T. Rowe Price US Equity Research Fund Invest. Class N/L | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -SEI US Managed Volatility Fund Class Y | A | Dividend | K | T | | | | | |
| 19. | -T. Rowe Price Overseas Stock Fund Investor Cls N/L | A | Dividend | K | T | Buy | 06/02/20 | K | | |
| 20. | -Victory Trivalent Int'l Small Cap Fund Class Y N/L | A | Dividend | K | T | | | | | |
| 21. | -Wasatch Small Cap Growth Fund Inst. Class N/L | | None | K | T | | | | | |
| 22. | -Wells Fargo Special Mid Cap Value FD Class I N/L | A | Dividend | K | T | | | | | |
| 23. | -Wells Fargo Int'l Value Fund Class I N/L | | | | | Sold | 06/02/20 | K | A | |
| 24. | | | | | | | | | | |
| 25. | IRA#2 | | | | | | | | | |
| 26. | -Raymond James Bank Deposit Progam | A | Interest | J | T | | | | | |
| 27. | -AQR Large Cap Defensive Style Fund Class I N/L | A | Dividend | K | T | | | | | |
| 28. | -American Mutual Fund Class F2-American Fds. N/L | B | Dividend | L | T | | | | | |
| 29. | -Artisan Int'l Fund Investor Class N/L | | | | | Sold | 06/02/20 | K | A | |
| 30. | -Baird Aggregate Bond Fund Instl. Class N/L | B | Dividend | L | T | | | | | |
| 31. | -Champlain Mid Cap Fund Investor Class N/L | | None | K | T | | | | | |
| 32. | -Clearbridge Dividend Strategy Fund Cl. A M/F | A | Dividend | K | T | | | | | |
| 33. | -Dodge & Cox Income Fund N/L | B | Dividend | L | T | | | | | |
| 34. | -Europacific Growth Fund Cl. F2-American Fds. N/L | | | | | Sold | 06/02/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Federated Short Term Income FD Institutional Shares N/L | A | Dividend | K | T | | | | | |
| 36. -Harding Loevner Emerg. Mkts. Port Fd. Adv. Cl. N/L | A | Dividend | K | T | | | | | |
| 37. -John Hancock Disciplined Val. Mid Cap. Fd. Cl. I N/L | A | Dividend | K | T | | | | | |
| 38. -JP Morgan Small Cap Equity Fund Class I N/L | A | Dividend | K | T | Buy | 06/02/20 | K | | |
| 39. -Loomis Sayles Growth Fd. Cl. Y N/L Natixis Advisors | A | Dividend | L | T | | | | | |
| 40. -Metropolitan West Total Return Bond Fund Class I | B | Dividend | L | T | | | | | |
| 41. -MFS Research Fund Class I N/L | A | Dividend | L | T | | | | | |
| 42. -Pimco Low Duration Fund Class I2 N/L | A | Dividend | K | T | | | | | |
| 43. -PGIM Absolute Return Bond Fund Class Z N/L | A | Dividend | K | T | | | | | |
| 44. -Transamerica High Yield | A | Interest | K | T | Buy | 06/02/20 | K | | |
| 45. -T. Rowe Price Overseas Stock Fund | A | Dividend | K | T | Buy | 06/02/20 | K | | |
| 46. -T. Rowe Price US Equity Research Fund Class N/L | A | Dividend | L | T | | | | | |
| 47. -T. Rowe Price Small Cap Val. Fd. Adv. Class N/L | A | Dividend | K | T | | | | | |
| 48. -Wells Fargo Int'l Value Fund Class I N/L | | | | | Sold | 06/02/20 | K | A | |
| 49. | | | | | | | | | |
| 50. Brokerage Account #1 | | | | | | | | | |
| 51. -Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -American Funds-New Perspective Fund Class A | A | Dividend | L | T | | | | | |
| 53. | -American Funds-Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 54. | -American Funds-Capital World Growth and Income Fund Class A | A | Dividend | K | T | | | | | |
| 55. | -American Funds-Washington Mutual Investors Class A | B | Dividend | L | T | | | | | |
| 56. | | | | | | | | | | |
| 57. | Other Accounts and Holdings | | | | | | | | | |
| 58. | -Wesbanco (Savings) | A | Interest | J | T | | | | | |
| 59. | -Ally Bank (Savings) | B | Interest | M | T | | | | | |
| 60. | -Ally Bank (Savings) | A | Interest | J | T | | | | | |
| 61. | -The Walt Disney Company | A | Dividend | J | T | | | | | |
| 62. | -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | | | | | Closed | 04/15/20 | J | | |
| 63. | -College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | A | Int./Div. | L | T | | | | | |
| 64. | -First Commonwealth Bank (Savings/ Checking) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Cathy Bissoon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544